**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | J. Hilburn, Inc, | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |
| | 26-3794288 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**12700 Park Central Drive, Suite 2000**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

**Dallas**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.jhilburn.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **J. Hilburn, Inc,** _____    Case number (*if known*) _____
        Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------|------|-------------|-------------|-------------|
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|--------|-------------|--|--------------|-------------|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **J. Hilburn, Inc,**                                                    Case number *(if known)* _____
          _____
          Name

**11. Why is the case filed in**      *Check all that apply:*
    **this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

□ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ■ No
    **have possession of any**
    **real property or personal**   □ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                    □ It needs to be physically secured or protected from the weather.

                                    □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    □ Other _____

                                    **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    □ No

                                    □ Yes. Insurance agency _____

                                              Contact name _____

                                              Phone _____

---

█        **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
    **available funds**
                                  ■ Funds will be available for distribution to unsecured creditors.

                                  □ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    □ 1-49              □ 1,000-5,000           □ 25,001-50,000
    **creditors**             ■ 50-99             □ 5001-10,000           □ 50,001-100,000
                             □ 100-199           □ 10,001-25,000         □ More than100,000
                             □ 200-999

**15. Estimated Assets**     □ $0 - $50,000            ■ $1,000,001 - $10 million      □ $500,000,001 - $1 billion
                            □ $50,001 - $100,000      □ $10,000,001 - $50 million     □ $1,000,000,001 - $10 billion
                            □ $100,001 - $500,000     □ $50,000,001 - $100 million    □ $10,000,000,001 - $50 billion
                            □ $500,001 - $1 million   □ $100,000,001 - $500 million   □ More than $50 billion

**16. Estimated liabilities**  □ $0 - $50,000            □ $1,000,001 - $10 million      □ $500,000,001 - $1 billion
                             □ $50,001 - $100,000      ■ $10,000,001 - $50  million    □ $1,000,000,001 - $10 billion
                             □ $100,001 - $500,000     □ $50,000,001 - $100 million    □ $10,000,000,001 - $50 billion
                             □ $500,001 - $1 million   □ $100,000,001 - $500 million   □ More than $50 billion

Debtor    **J. Hilburn, Inc,**
_____
Name

Case number (*if known*) _____

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2020**
              MM / DD / YYYY

**X**   **/s/ David DeFeo**                                **David DeFeo**
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X**   **/s/ Patrick J. Neligan, Jr.**               Date   **April 30, 2020**
Signature of attorney for debtor                           MM / DD / YYYY

**Patrick J. Neligan, Jr. 14866000**
Printed name

**Neligan LLP**
Firm name

**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   **214-840-5300**      Email address   **www.neliganlaw.com**

**14866000 TX**
Bar number and State

**WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF J. HILBURN, INC.**

The undersigned members of the duly elected and acting Board of Directors (the "Board") of J. Hilburn, Inc. (the "Company"), a corporation organized and existing under and by virtue of the laws of the State of Delaware, do hereby consent to, approve and adopt the following resolutions effective as of April 22, 2020.

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, and other interested parties that the Company agree to the major terms of the proposed Restructuring Support Agreement, as it was described and discussed during the April 22, 2020 meeting of the Board (the "RSA"); and be it

FURTHER RESOLVED that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Case"), 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") based on the general terms described and discussed by the Board at such date and time as management deems appropriate; and be it

FURTHER RESOLVED, that the Company shall be, and hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that David DeFeo, the Company's Chief Executive Officer and Joseph Dixon, the Company's Chief Operating Officer, (the "Designated Officers") are hereby authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the Northern District of Texas and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as either Designated Officers may approve; and be it

FURTHER RESOLVED, that the Company shall be, and hereby is, authorized, directed, and empowered to obtain debtor-in-possession financing in accordance with the terms of the RSA in order to fund the Company's operations during the Bankruptcy Case and the anticipated administrative expenses to be incurred during the Bankruptcy Case, and that the Designated Officers be, and hereby are, authorized, directed, and empowered to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as one or both of the Designated Officers may approve; and be it

FURTHER RESOLVED, that the Designated Officers be, and hereby are, authorized, directed and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or which either or both of the Designated Officers may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all

such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as one or both of the Designated Officers performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer(s) to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that one or both of the Designated Officers are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with the Bankruptcy Case and to hire such professionals as deemed necessary and appropriate by the Designated Officers to carry out and effectuate the restructuring and successful emergence from bankruptcy; and be it

FURTHER RESOLVED that the Board has previously approved and hereby ratifies the retention of Neligan LLP as counsel to the Company to advise the Company with respect to pre-bankruptcy planning and preparation, negotiation with the Company's creditors and equity holders, including negotiation of the RSA, preparation for and filing of the Bankruptcy Case and representing the Company in the Bankruptcy Case; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as that Designated Officer may, with the advice of counsel and if possible, input from the other Designated Officer, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions provided that the ordinary course corporate duties, rights and role of each Designated Officer shall not change with respect to the Company's business operations and general corporate decision making; and be it

FURTHER RESOLVED, that all actions heretofore taken by either or both Designated Officers in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of April 22, 2020.


J. HILBURN, INC.
a Delaware Corporation

By:


_____
Name:  Steve Salzinger
Title:    Director

2

such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as one or both of the Designated Officers performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer(s) to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that one or both of the Designated Officers are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with the Bankruptcy Case and to hire such professionals as deemed necessary and appropriate by the Designated Officers to carry out and effectuate the restructuring and successful emergence from bankruptcy; and be it

FURTHER RESOLVED that the Board has previously approved and hereby ratifies the retention of Neligan LLP as counsel to the Company to advise the Company with respect to pre-bankruptcy planning and preparation, negotiation with the Company's creditors and equity holders, including negotiation of the RSA, preparation for and filing of the Bankruptcy Case and representing the Company in the Bankruptcy Case; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as that Designated Officer may, with the advice of counsel and if possible, input from the other Designated Officer, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions provided that the ordinary course corporate duties, rights and role of each Designated Officer shall not change with respect to the Company's business operations and general corporate decision making; and be it

FURTHER RESOLVED, that all actions heretofore taken by either or both Designated Officers in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of April 22, 2020.

J. HILBURN, INC.
a Delaware Corporation

By:

Name: Steve Salinger
Title: Director

_____

Name:  Joe Dixon
Title:    Director

_____

Name:  Dave DeFeo
Title:    Director

_____

Name:  Michael Brown
Title:    Director

_____

Name:  Andy Janowski
Title:    Director

3

Name:  Joe Dixon                      Name:  Dave DeFeo
Title:   Director                     Title:   Director


Name:  Michael Brown                  Name:  Andy Janowski
Title:   Director                     Title:   Director


3

_____
Name: Joe Dixon
Title: Director

_____
Name: Dave DeFeo
Title: Director

_____
Name: Michael Brown
Title: Director

_____
Name: Andy Janowski
Title: Director

3

Name:  Joe Dixon
Title:    Director

Name:  Dave DeFeo
Title:    Director

Name:  Michael Brown
Title:    Director

Name:  Andy Janowski
Title:    Director

3

89779v1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **J. Hilburn, Inc,** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TAL Global Alliances Limited TAL Building, 3rd Floor 49 Austin Road Kowloon, Hong Kong** | | **Trade debt** | | | | **$6,550,974.33** |
| **Escalate Capital Partners 6011 W. Courtyard Drive, #405 Austin, TX 78730** | | **Term Note** | | | | **$2,725,052.00** |
| **Criaime Rua do Facho no. 41-4580-627 Sobrosa-Paredes Portugal** | | **Trade debt** | | | | **$806,052.96** |
| **UPS Supply Chain Solutions, Inc. 28013 Network Place Chicago, IL 60673-1280** | | **Trade debt** | | | | **$665,957.24** |
| **UPS P.O. Box 7247-0244 Philadelphia, PA 19170-0001** | | **Trade debt** | | | | **$89,529.25** |
| **McKnight Park Central, LLC P.O. Box 208359 Dallas, TX 75320-8359** | | **Trade debt** | | | | **$89,365.11** |
| **ColorDynamics, Inc. 200 E. Bethany Drive Allen, TX 75002** | | **Trade debt** | | | | **$76,527.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **J. Hilburn, Inc,**_____    Case number *(if known)*_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IMPAK** <br> **P.O. Box 833129** <br> **Richardson, TX** <br> **75083** | | **Trade debt** | | | | **$63,600.44** |
| **Tandem Business** <br> **Strategies, LLC** <br> **15400 Knoll Trail** <br> **Drive, Suite 503** <br> **Dallas, TX 75248** | | **Trade debt** | | | | **$42,618.05** |
| **Magna Leather** <br> **Corp.** <br> **6841 Commerce** <br> **Avenue** <br> **El Paso, TX 79915** | | **Trade debt** | | | | **$33,333.60** |
| **CI ATL III-GW, LLC** <br> **P. O. Box 208392** <br> **Dallas, TX** <br> **75320-8392** | | **Trade debt** | | | | **$28,687.94** |
| **Ratti SpA** <br> **c/o Unicredit S.p.A** <br> **New York Branch** <br> **Lock Box Service** <br> **150 East 42nd** <br> **Street, 28th Floor** <br> **New York, NY** <br> **10017-4679** | | **Trade debt** | | | | **$27,736.03** |
| **Seven Meridian** <br> **40011 Anzola** <br> **Emilia BO** <br> **Italy** | | **Trade debt** | | | | **$25,780.00** |
| **DL Denim** <br> **CIT  Group** <br> **P.O. Box 1038** <br> **Charlotte, NC** <br> **28201-1036** | | **Trade debt** | | | | **$24,641.55** |
| **Hubspot, Inc.** <br> **P. O. Box 419842** <br> **Boston, MA** <br> **02241-9842** | | **Trade debt** | | | | **$18,819.91** |
| **L&B Deep Inwood** <br> **Village, L.P.** <br> **c/o Institutional** <br> **Property Managers,** <br> **Inc** <br> **Attn: Property** <br> **Manger** <br> **5470 W. Lovers** <br> **Lane, Suite 331** <br> **Dallas, TX 75209** | | **Trade debt** | | | | **$15,621.20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor     **J. Hilburn, Inc,**
_____     Case number *(if known)*     _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TERSE Branding LLC**<br>**8213 Meadow Road, Apt. #1304**<br>**Dallas, TX 75231** | | **Trade debt** | | | | **$15,250.00** |
| **Musikaar B-604/605 Shapath 4, Opp. Karnacati Club S.G. Highway, Ahmedabad 380051 Guarat, India** | | **Trade debt** | | | | **$11,872.00** |
| **Hendry Insurance LLC**<br>**9300 John Hickman Parkway, Suite 603**<br>**Frisco, TX 75035** | | **Trade debt** | | | | **$11,409.00** |
| **Nasign Co., Ltd.**<br>**#286-1 Dongil-ro Quangjin-gu Seoul, Korea  04995** | | **Trade debt** | | | | **$9,670.75** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Texas

In re   **J. Hilburn, Inc,**                  Case No.

                                 Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **J. Hilburn, Inc,**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Baseline Commerce Seed Fund LLC**
**Attn: Steve Anderson**
**1800 Filbert Street**
**San Francisco, CA 94123**

**Battery Ventures VIII, L.P.**
**c/o Battery Ventures Reservoir Woods**
**930 Winter Street, Suite 2500**
**Waltham, MA 02451**

**Bridgescale Partners**
**Attn:  Matthew Cowan**
**2200 Sand Hill Road, #240**
**Menlo Park, CA 94025**

**Buaite Againn, LLP**
**c/o Elevage Capital Management LLC**
**7001 Preston Road, Suite 400**
**Dallas, TX 75205**

**Lotus Holdings, Ltd.**
**Attn: Veeral Rathod**
**2900 McKinnon Street, Unit 805**
**Dallas, TX 75201**

**South China (Jersey) Holdings**
**49 Austin Road**
**Kowloan**
**Hong Kong**

☐ None [*Check if applicable*]

_____      **/s/ David DeFeo**

Date                              **David DeFeo**

                                   Signature of Attorney or
                                   Litigant     J. Hilburn, Inc.

**Fill in this information to identify the case:**

Debtor name    __J. Hilburn, Inc,__

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 30, 2020__    X **/s/ David DeFeo**
                                               Signature of individual signing on behalf of debtor

                                                **David DeFeo**
                                                  Printed name

                                                **Chief Executive Officer**
                                                  Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Texas

In re  __J. Hilburn, Inc,__ _____  Case No. _____

_____  Chapter   __11__

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Antal R. and Natasha S. Desal**<br>**5315 Wenonah Drive**<br>**Dallas, TX 75209** | **Common Shares** | **20,000** | |
| **Baseline Commerce Seed Fund LLC**<br>**Attn: Steve Anderson**<br>**1800 Filbert Street**<br>**San Francisco, CA 94123** | **Preferred Shares, Series D** | **291,263** | |
| **Baseline Commerce Seed Fund LLC**<br>**Attn: Steve Anderson**<br>**1800 Filbert Street**<br>**San Francisco, CA 94123** | **Preferred Shares, Series E** | **15,080** | |
| **Battery Ventures VIII, L.P.**<br>**c/o Battery Ventures Reservoir Woods**<br>**930 Winter Street, Suite 2500**<br>**Waltham, MA 02451** | **Preferred Shares, Series A1** | **750,000** | |
| **Battery Ventures VIII, L.P.**<br>**c/o Battery Ventures Reservoir Woods**<br>**930 Winter Street, Suite 2500**<br>**Waltham, MA 02451** | **Preferred Shares, Series D** | **194,175** | |
| **Battery Ventures VIII, L.P.**<br>**c/o Battery Ventures Reservoir Woods**<br>**930 Winter Street, Suite 2500**<br>**Waltham, MA 02451** | **Preferred Shares, Series E** | **300,165** | |
| **Battery Ventures VIII,L.P.**<br>**c/o Battery Ventures Reservoir Woods**<br>**930 Winter Street, Suite 2500**<br>**Waltham, MA 02451** | **Preferred Shares, Series A2** | **2,527,216** | |
| **Battery Ventures, VIII**<br>**c/o Battery Ventures Reservoir Woods**<br>**930 Winter Street, 2500**<br>**Waltham, MA 02451** | **Preferred Shares, Series C** | **1,385,759** | |
| **Battery Ventures, VIII, L.P.**<br>**c/o Battery Ventures Reservoir Woods**<br>**930 Winter Street, Suite 2500**<br>**Waltham, MA 02451** | **Preferred Shares, Series B** | **940,438** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **J. Hilburn, Inc,** _____    Case No. _____

                                         Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bridgescale Partners**<br>**Attn:  Matthew Cowan**<br>**2200 Sand Hill Road, #240**<br>**Menlo Park, CA 94025** | **Preferred Shares, Series C** | **1,616,553** | |
| **Bridgescale Partners**<br>**c/o Matthew Cowan**<br>**2200 Sand Hill Road, #240**<br>**Menlo Park, CA 94025** | **Preferred Shares, Series D** | **233,010** | |
| **Bridgescale Partners**<br>**Attn: Matthew Cowen**<br>**2200 Sand Hill Road, #240**<br>**Menlo Park, CA 94025** | **Preferred Shares, Series E** | **95,760** | |
| **Buaite Againn, LLP**<br>**c/o Elevage Capital Management LLC**<br>**7001 Preston Road, Suite 400**<br>**Dallas, TX 75205** | **Common Shares** | **1,412,769** | |
| **Corbett Sterling Mermis**<br>**710 Colorado Street, #9D**<br>**Austin, TX 78701** | **Common Shares** | **25,000** | |
| **Darrin and Lori Powell**<br>**6903 Lomo Alto**<br>**Dallas, TX 75205** | **Common Shares** | **62,688** | |
| **Four R Partners,Ltd.**<br>**c/o Rosebud Enterprises, Inc.**<br>**3811 Turtle Creek Blvd., Suite 1400**<br>**Dallas, TX 75219** | **Common Shares** | **215,375** | |
| **Guy Freeman Josselyn IV**<br>**8400 San Benito Way**<br>**Dallas, TX 75218** | **Common Shares** | **25,000** | |
| **Heather Inocencio** | **Commons Shares** | **16,166** | |
| **Ian Charles**<br>**3429 Beverly Drive**<br>**Dallas, TX 75205** | **Preferred Shares, Series A1** | **25,000** | |
| **JET Land and Cattle Company, Ltd.**<br>**Attn: James W. Traweek, Jr.**<br>**2100 McKinney Avenue, Suite 1770**<br>**Dallas, TX 75201** | **Common Shares** | **20,000** | |

List of equity security holders consists of 5 total page(s)

In re:  **J. Hilburn, Inc,**                                                   Case No. _____

                                      Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Antos**<br>**c/o Value Creation Group, Inc.**<br>**6215 Yellow Rock Trail**<br>**Dallas, TX 75248** | **Preferred Shares, Series A1** | **50,000** | |
| **Lawrence Hagenbuch**<br>**4309 Larchmont**<br>**Dallas, TX 75205** | **Common Shares** | **25,000** | |
| **Lighhouse Capital Partners VI, LP**<br>**Attn: Grace Gillen**<br>**3555 Alameda de las Pulgas, Suite 200**<br>**Menlo Park, CA 94025** | **Preferred Shares, Series E** | **5,663** | |
| **Lighthouse Capital Partners VI, LP**<br>**Attn: Grace Gillen**<br>**3555Alameda de las Pulgas, Suite 200**<br>**Menlo Park, CA 94025** | **Preferred Shares, Series A2** | **68,040** | |
| **Lighthouse Capital Partners VI, LP**<br>**Attn: Grace Gillen**<br>**3555 Alameda de las Pulgas, Suite 200**<br>**Menlo Park, CA 94025** | **Preferred Shares, Series C** | **92,378** | |
| **Lighthouse Capital Partners VI, LP**<br>**Attn: Grace Gillen**<br>**3555 Alameda de las Pulgas, Suite 200**<br>**Menlo Park, CA 94025** | **Preferred Shares, Series D** | **16,991** | |
| **Lotus Holdings, Ltd.**<br>**Attn: Veeral Rathod**<br>**2900 McKinnon Street, Unit 805**<br>**Dallas, TX 75201** | **Common Shares** | **743,799** | |
| **Marc Andrew Croggon**<br>**3800 Club Drive**<br>**Atlanta, GA 30319** | **Common Shares** | **265,652** | |
| **Marc Andrew Croggon**<br>**3800 Club Drive**<br>**Atlanta, GA 30319** | **Preferred Shares, Series A1** | **50,000** | |
| **Marsha A. Hudson**<br>**601 Fairway**<br>**Fort Scott, KS 66701** | **Common Shares** | **25,000** | |
| **Orlando Ventures, LLC**<br>**14947 Daneway Drive**<br>**Frisco, TX 75035** | **Preferred Shares, Series A1** | **50,000** | |

List of equity security holders consists of 5 total page(s)

In re:  __J. Hilburn, Inc,_____     Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RHSC, LLC<br>Attn: J. Sean Lemoine<br>6128 Penrose Avenue<br>Dallas, TX 75214 | Common Shares | 82,688 | |
| South China (Jersey) Holdings<br>49 Austin Road<br>Kowloan<br>Hong Kong | Common Shares | 572,917 | |
| South China (Jersey) Holdings<br>c/o TAL Apparel Limited<br>4/F TAL Building<br>49 Austin Road<br>Kowloon, Hong Kong | Preferred Shares, Series D | 1,941,748 | |
| South China (Jersey) Holdings<br>c/o TAL Apparel Limited<br>4/F TAL Building<br>49 Austin Road<br>Kowloon, Hong Kong | Preferred Shares, Series E | 1,250,001 | |
| Susan Haneman Rogol<br>780 Boylston Street, 27D<br>Boston, MA 02199 | Common Shares | 50,000 | |
| Tenmas, LLC<br>780 Boylston Street, 27D<br>Boston, MA 02199 | Preferred Shares, Series A1 | 50,000 | |
| Wick Family Holdings, L.P.<br>Attn: Todd Phillips<br>2100 Ross Avenue, Suite 950<br>Dallas, TX 75201 | Comon Shares | 44,443 | |
| Wick Family Holdings, LP<br>Attn:  Todd Phillips<br>2100 Ross Avenue, Suite 950<br>Dallas, TX 75201 | Preferred Share, Series A1 | 25,000 | |
| Wick Phillips, LLP<br>Attn: Todd Phillips<br>2100 Ross Avenue, Suite 950<br>Dallas, TX 75201 | Common Shares | 42,171 | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re:   **J. Hilburn, Inc,**  _____     Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 30, 2020** _____     Signature  **/s/ David DeFeo**
                                                                  **David DeFeo**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name __J. Hilburn, Inc,__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 30, 2020__         X **/s/ David DeFeo**
                                              Signature of individual signing on behalf of debtor

                                              **David DeFeo**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **J. HILBURN, INC.,** | § | **CASE NO. _____** |
| | § | |
| **DEBTOR.** | § | |
| | § | |
| | § | |

**DECLARATION FOR ELECTRONIC FILING OF**
**BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)**

**PART I:  DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the list of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* – I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐ *[Only include if petitioner is a corporation, partnership or limited liability company]* – I hereby further declare under penalty of perjury that I have been authorized to file the petition and list of creditors on behalf of the debtor in this case.

Dated:  April 30, 2020         */s/ David DeFeo*
                               Debtor                        Joint Debtor

**PART II:  DECLARATION OF ATTORNEY:**

I declare **_under penalty of perjury_** that: (1) I will give the debtor a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the Debtor, if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: _April 30, 202_0                               _/s/Patrick J. Neligan, Jr._____

                                                      Patrick J. Neligan, Jr.